# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2271
_____

VICTOR L. LEE,

Appellant,

v.

STATE OF FLORIDA, et al.,

Appellee.

_____

On appeal from the Circuit Court for Madison County.
Wesley Raymond Douglas, Judge.

November 3, 2025

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Victor L. Lee, pro se, Appellant.

James Uthmeier, Attorney General, and Sheron Lee Wells, Assistant Attorney General, Tallahassee, for Appellee.